**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JULIO JOSE SAMUDIO BARRIOS *Petitioner*,<br>v.<br><br>LUIS SOTO,<br>in his official capacity as Director/Warden of Delaney Hall Detention Facility;<br><br>ARTHUR J. WILSON, JR.<br>in his official capacity as Field Office Director, New Jersey Field Office, U.S. Immigration & Customs Enforcement;<br><br>TODD BLANCHE,<br>in his official capacity as Attorney General, U.S. Department of Justice;<br><br>MARKWAYNE MULLIN,<br>in his official capacity as Acting Secretary, U.S. Department of Homeland Security; and<br><br>DAVID J. VENTURELLA,<br>in his official capacity as Acting Director, U.S. Immigration & Customs Enforcement;<br>***Respondents.*** | **ORDER**<br><br>**Civil Action No.:**<br>**1:26-cv-14541-ESK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Petitioner JULIO JOSE SAMUDIO BARRIOS through undersigned counsel, voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Petitioner will be released from immigration custody on bond and no longer seeks relief in this action.

**Dated:** 11/23/26

Respectfully Submitted,

Alejandra Minogue

Alexandra Minogue, Esq.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 23, 2026**